IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 19 AM 6: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        Cr. No. 05-20232D P

JANET GRIFFIN,

    Defendant.

---

ORDER GRANTING PERMISSION
FOR DEFENDANT TO TRAVEL
TO FAMILY FUNERAL

---

This cause having come before this Court upon the petition of the defendant, Janet Griffin, for permission to travel to St. Louis, Missouri, and back, from Friday, December 16, until Tuesday, December 20, in order to attend a family funeral. The Court having considered the motion and the positions of the parties, GRANTS the motion.

The defendant, Janet Griffin, is authorized to travel from Memphis, Tennessee, to St. Louis, on Friday, December 16, 2005, and to return to Memphis on Tuesday, December 20, 2005. The defendant will comply with the orders of the Pretrial Office with respect to reporting during this travel time.

12-16-2005
DATE

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20232 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT